AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

Megan Runnion, a Minor  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 12 C 6066

Girl Scouts of Greater Chicago, et al

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion by defendant to dismiss is granted.

Thomas G. Bruton, Clerk of Court

Date: 10/26/2012  _____

/s/ Wanda A. Parker, Deputy Clerk