IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Megan Runnion,

Plaintiff(s),

v.

Girl Scouts of Greater Chicago and Northwest Indiana,

Defendant(s).

Case No. 12 C 6066
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the defendant Girl Scouts of Greater Chicago and Northwest Indiana against the plaintiff, Megan Runnion.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion to dismiss by defendant.

Date: 3/7/2014                    Thomas G. Bruton, Clerk of Court

                                  /s/ Wanda Parker , Deputy Clerk