## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MEGAN RUNNION, a minor, through her mother and next friend, EDIE RUNNION,<br><br>    Plaintiff,<br><br>    v.<br><br>GIRL SCOUTS OF GREATER CHICAGO AND NORTHWEST INDIANA,<br><br>    Defendant. | No. 12 C 6066<br><br>Magistrate Judge Michael T. Mason |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that this matter be dismissed, with prejudice, without costs to either party, each party bearing their own costs and all matters in controversy for which said action was brought having been fully settled, compromised, and adjourned.

RESPECTFULLY SUBMITTED,

| For Plaintiff Megan Runnion, a minor, through her mother and next friend, Edie Runnion, | For Defendant Girl Scouts of Greater Chicago and Northwest Indiana |
|---|---|
| /s/ Amanda Antholt | /s/ Patrick S. Casey |
| Amanda Antholt<br>Laura J. Miller<br>Barry C. Taylor<br>Rachel Arfa<br>Equip for Equality<br>20 North Michigan Avenue, Suite 300<br>Chicago, IL 60602<br>Telephone: (312) 341-0022<br>Telephone: (312) 895-7330 | Patrick S. Casey<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>+1 312 853 7149<br>pcasey@sidley.com |

Steven P. Blonder
Jonathan L. Loew
MUCH SHELIST, PC
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 521-2000
Facsimile: (312) 521-2100
sblonder@muchshelist.com
jloew@muchshelist.com


Marc Charmatz (*pro hac vice*)
Debra Patkin (*pro hac vice*)
Nat'l Ass'n of the Deaf Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910
(301) 587-7732 (phone)
(301) 587-1791 (fax)
marc.charmatz@nad.org
debra.patkin@nad.org